# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:10CV26-RLV-DSC

| | |
|---|---|
| **RIVIERA FINANCE OF TEXAS, INC.,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| **LOWE'S COMPANIES, INC.,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

**THIS MATTER** is before the Court on the "Application for Admission to Practice Pro Hac Vice [for Edward T. McAfee]" (document #5) filed March 3, 2010. For the reasons set forth therein, the Motion will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Richard L. Voorhees.

**SO ORDERED**.

Signed: March 3, 2010

David S. Cayer
United States Magistrate Judge